**COWAN
LIEBOWITZ &
LATMAN**

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Jonathan Z. King**
(212) 790-9238
jzk@cll.com

SEP 1 1 2019

September 9, 2019

**SO ORDERED:** 9/11/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: <u>**Yesh Music, LLC v. Warner Music Group Corp. et al**</u>,
     **Case No. 19-cv-7832**

Dear Hon. Judge Nathan:

  Our firm has been retained to represent Defendant Warner Music Group Corp. ("WMG") in the above-captioned action. We write pursuant to Your Honor's Individual Practices, Rule 1.D, to seek the Court's approval of the agreement we have reached with Plaintiff's counsel regarding service of process and the time in which to answer or move with respect to the Amended Complaint filed on August 26, 2019 (Docket No. 9). Specifically, we have agreed with Plaintiff's counsel to accept service of the Amended Complaint on behalf of WMG, and also to extend WMG's time to answer or move with respect to the Amended Complaint until October 31, 2019. Because the Amended Complaint has not yet been served, there currently is no deadline for response, and this letter represents the first request for any adjournment. Plaintiff has consented to this request.

**SO ORDERED**

  We thus respectfully request that the Court approve our agreement to extend WMG's response to the Amended Complaint until October 31, 2019 and thank the Court for its attention to this request.

               Respectfully submitted,

               s/ Jonathan Z. King

31003/007/3179746.1