## AFFIDAVIT OF SERVICE

State of New York      County of NEW YORK      U.S District Court, Southern District Court

Index Number: CV-19-7832-19
Date Filed: 8/22/2019

Plaintiff:
**YESH MUSIC, LLC**

vs.

Defendant:
**WARNER MUSIC GROUP CORP., ET.AL.**

For:
10177
GARBARINI FITZGERALD P.C.
425 EAST 84TH STREET, APT. 5A
NEW YORK, NY 10028

Received by ELITE LEGAL SERVICES OF NY INC. to be served on **WARNER MUSIC GROUP CORP., C/O CT CORP., 28 LIBERTY STREET, NEW YORK, NY 10005**.

I, SPIRO KARTSONIS, being duly sworn, depose and say that on the **28th day of August, 2019 at 2:35 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS & COMPLAINT IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Satie Jayram** as **Authorized Agent** for **WARNER MUSIC GROUP CORP., C/O CT CORP.**, at the address of: **28 LIBERTY STREET, 42ND FLR., NEW YORK, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 55, Sex: F, Race/Skin Color: Light Tan, Height: 5'11", Weight: 165, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 30th day of August, 2019 by the affiant who is personally known to me.

GERLAD E. POINTING
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01PO6326208
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES JULY 20, 2023

SPIRO KARTSONIS
2035503

ELITE LEGAL SERVICES OF NY INC.
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2019006883

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

