UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Yesh Music, LLC,

    Plaintiff,

—v—

Warner Music Group Corp., et al.,

    Defendants.

19-cv-7832 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On December 16, 2019, Defendant Warner Music Group Corp. filed a motion to dismiss. Pursuant to Rule 3.F of this Court's Individual Practices in Civil Cases, on or before December 26, 2019, Plaintiff must notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so or (2) it will rely on the pleading being attacked. Plaintiff is on notice that declining to amend its pleadings to timely respond to a fully briefed argument in Warner Music Group's December 16 motion to dismiss may well constitute a waiver of the Plaintiff's right to use the amendment process to cure any defects that have been made apparent by Warner Music Group's briefing. *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC*, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility").

    If Plaintiff chooses to amend, Warner Music Group may then (a) file an answer; (b) file a new motion to dismiss; or (c) submit a letter stating that it relies on the initially-filed motion to dismiss.

    Nothing in this Order alters the time to amend, answer or move provided by the Federal Rules of Civil Procedure or Local Rules.

    SO ORDERED.

Dated: December __19__, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge