UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yesh Music, LLC,

        Plaintiff,

—v—

Warner Music Group Corp., *et al.*,

        Defendants.

19-cv-7832 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff filed its Amended Complaint on August 26, 2019. Dkt. No. 9. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff was required to serve all Defendants in this action on or before November 25, 2019. As of the date of this Order, the Court is not in receipt of proof of service as to Defendants Mal Lune Music and William Nzobazola. Accordingly, by January 6, 2019, Plaintiff shall file proof of service on these Defendants or provide a status update regarding service.

    SO ORDERED.

Dated: December 23, 2019
       New York, New York

                                      _____
                                      ALISON J. NATHAN
                                      United States District Judge