UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yesh Music, LLC,

                Plaintiff,

–v–

Warner Music Group Corp.,

                Defendant.



JAN 1 3 2020

19-cv-7832 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    An initial pretrial conference in the above-captioned action is scheduled for January 17, 2020. Dkt. No. 14. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference, or January 10, 2020. Dkt. No. 14. The Court has not yet received the required documents. The parties are therefore ordered to submit their case management plan and joint letter no later than 5:00 p.m. on Wednesday, January 15, 2020.

    SO ORDERED.

Dated: January 13, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge